No. 83. MILLER *v.* MILLER. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Oklahoma, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. John Ladner* for petitioner. ▇

No. 84. THOMPSON *v.* O'GRADY, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Fred V. Thompson, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,* Assistant Attorneys General, for respondent. ▇

No. 91. BELIN *v.* BELIN ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Florida, and motion for leave to proceed further *in forma pauperis,* denied. *Edna Delonis Belin, pro se. Mr. R. K. Lewis* for respondents. ▇

No. 99. HAWK *v.* O'GRADY, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Henry Hawk, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,*